## (December 19, 1941.)

The People of the State of New York ex rel. Governor Clinton Co., Inc., Appellant, Respondent, v. William Stanley Miller and Others, Constituting the Tax Commission of the City of New York, and William Stanley Miller, as President of Said Tax Commission, Respondents, Appellants.

(Taxes for Year 1938 and First Half of 1939.)

The People of the State of New York ex rel. Governor Clinton Co., Inc., Appellant, Respondent, v. William Stanley Miller and Others, Constituting the Tax Commission of the City of New York, and William Stanley Miller, as President of Said Tax Commission, Respondents, Appellants.

(Taxes for Year 1939-40.)

The People of the State of New York ex rel. Governor Clinton Co., Inc., Appellant, Respondent, v. William Stanley Miller and Others, Constituting the Tax Commission of the City of New York, and William Stanley Miller, as President of Said Tax Commission, Respondents, Appellants.

(Taxes for Year 1940-41.)

Per Curiam. We find no sufficient reason for disturbing the valuation of $990,000 fixed by Special Term for the land involved in these proceedings. We do find, however, that further reductions should have been allowed in fixing the

valuation of the building. Giving due effect to all the credible and relevant proof, we fix the following total assessed valuations for the years involved: For 1938 and the first half of 1939 the sum of $3,990,000; for 1939–1940 the sum of $3,930,000, and for 1940–1941 the sum of $3,870,000.

The order appealed from should be modified accordingly, and, as so modified, affirmed, with twenty dollars costs and disbursements to the relator.

Glennon, Untermyer and Callahan, JJ., concur; Martin, P. J., and Dore, J., dissent.

Order modified in accordance with opinion, and, as so modified, affirmed, with twenty dollars costs and disbursements to the relator. Settle order on notice.